David J. McGlothlin, Esq. (SBN: 026059)
david@southwestlitigation.com
**Hyde & Swigart**
5343 N. 16th Street, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:    (602) 230-4482

Attorneys for the Plaintiff
Chad Sauerbry

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Chad Sauerbry, | Case No.: 2:10-cv-01107-ECV |
|---|---|
| Plaintiff, | **PLAINTIFF'S UNILATERAL NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| Creditors Interchange | |
| Defendant. | |

Plaintiff Chad Sauerbry (hereinafter "Plaintiff"), hereby moves to dismiss the entire action against Defendant Creditors Interchange with prejudice.

Respectfully submitted,

Date: December 2, 2010            **Hyde & Swigart**

                                  By: /s/ David J. McGlothlin
                                  David J. McGlothlin
                                  Attorneys for the Plaintiffs